IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

JEFFREY ORR, CHARLES B. PALMER,            )
DAVID DICKSON, HAROLD HIGGENS,             )
SCOTT PADRICK, DUSTIN L. COLLINS,          )
CHANSOUK HAKSASILA, SERAFIN FLORES         )
MIQUEL SANTOS, RODNEY GRAVES,              )
PAUL CARTER, WADE LESHER, STURGIS          )
JONES, TERRY REEVES, ROBERT QUINN,         )
DAVID WORKMAN, EUGENE SMOLA,               )
NANCY GRAY, JOHN L. MARKIEWICZ,            )
DONALD DAWSON, ALLEN PETERS,               )
JEFF HAMMER, CHRISTOPHER FOGARTY,          )
ROBERT GARRETT, KENNETH BAUZA,             )
CLAYTON ROCKMAN, WENDELL ROSS,             )
MICHAEL D. SMITH, KEVIN DEAN,              )
MICHAEL MONTGOMERY, RONNIE                 )
JOHNSON, DENNIS HARADON, LAWRENCE          )
NAPUE, MICHAEL D. ROY, KENT L. FIELDS,     )
JAY C. FRAME, GREGORY THOMPSON,            )
QUINTEN B. SMITH, BRAD CREASON,            )
CHASE COPELEN, KEVIN TAYLOR,               )
JON KENT ROBERTS, JOHN SMALL,              )
GREG BASHARES, MICHAEL E. DENNING,         )
MICHAEL SHEEHAN, BRIAN LEE WILSON,         )
JOHN BERNARD LATHON, DANIEL BAXTER, )
VICENTE DIAZ, JR., TERRENCE LEE,           )
DONALD R. RUTHERFORD, LEWIS C. HENRY,)
TERRY DIBBLE, JAMES HART, JAMES            )
DeBARBARA, GARY L. DAILY, LAWRENCE         )
MOYE′, NORMAN BELL, LUIS REYES,            )
DEBRA BLANCHARD, VITO BASILE,              )
EDWARD B. FRANCO, FORREST SANDERS,         )
CORNELIUS B. LEWIS, CLARENCE R. JONES,  )
FERNANDO HERNANDEZ, JAMES BOURQUE, )
TIMOTHY GIANCANA, ERNESTO PEREZ,           )
EUGENE SPAGNOLA, ERIC ZIKE,                )
LaVERTIS STEWART, KELLY RAY HART,          )
RONNIE F. STOOKEY-ORTIZ,                   )
DENNIS WILSON, ANDRE′ VILLANUEVA,          )
GUADALUPE LOPEZ, ROBERT KOLONSKI,          )
DAVID PETERSON, CLEVELAND GARNER,          )

| | |
|---|---|
| JOHN ROSSI, JACALYN ARATRI, ERNEST BLOSSOM, DAVID HENSON, CLAXTON H. WILLIAMS, JR., JESSE RICE, RAYMOND KASPER, JOHN GOUYD, LONNIE ARSBERRY, WILLIAM HORTON, MICHAEL DeBERRY, LINDA KERN, ALAN HATLEY, ANTHONY STEWARD-BEY, RENEA P. BERNDT, DEBORAH WEAVER, MICHAEL HAYES, NICHOLAS HEIMAN, LAMAR EWING, GEOFFREY TRUSS, RICHARD BARNES, JEROME ZAMP, TOM MESCALL, DANNY SIMS, STACY BOCK, STEPHEN WILLIAM, BRUCE SHARP, JOSEPH DILTS, JESUS M. MIRANDA, PHILIP McVITTY HERBERT ZACHERY, JR., WILLIE MOSES ADKINS, RICHARD JACKSON, MICHAEL WIPPERT, BOBBY L. PHILLIPS, JOHN BEESON, BRIAN BENNETT, DERRICK MORGAN, JEFFREY BENNETT, JEFFERY BOWEN, WILLIE J. HARPER, OSCAR BUSTAMANTE, FRED D. WILSON, JASON GOLDBLUM, STANLEY HENRY, OSCAR RANDLE, DANIEL S. FRANKLIN, FRED W. HAENIG, KERRY GUY, MARK CLASEN, JAMES E. MADISON, THOMAS OSTROWSKI, GILBERTO VERA, THOMAS PAGNANO, ROGER D. HARRIS, IVAN TAYLOR, DANIEL WEAD, RONALD CLEVELAND, JAMES EVENSON, IRVIN L. STUTTS, DENNIS P. GLICK, NICK L. LARRABEE, JOAQUIN CLASS, ROBERT JUDY, BURDETTE A. OLSEN, THOMAS MOORE, ROBERT THOMAS, MICKEY CANIZZARO, and JAMES DAVID LLAGUNO | |
| Plaintiffs, | |
| -vs.- | No. 08-2232 |
| WILLARD O. ELYEA, M.D., MICHAEL PRUISIS, and WEXFORD CORP., | |
| Defendants. | |

| | )
|---|---|
| FRED M. BRAGONIER, JEFFREY JACKSON, | ) |
| DARRYL WOODING, JOSHUA L. MUELLER, | ) |
| WILLIAM H. BOUTON, LINDA ARMSTRONG, | ) |
| JEFFREY ARMSTRONG, MILTON BARBER, | ) |
| KENNETH RAY TIMBS, EDWARD WALKER, | ) |
| LAFAYETTE GOINS, RONALD C. DOOLEY, JR. | ) |
| PHILLIP A. DAY, CHRISTOPHER M. EVANS, | ) |
| CORI BUTLER, DAVID WILLIAMS, ARTHUR | ) |
| L. MITCHELL, RICHARD HERMAN, WILLIS | ) |
| E. McEWAN, MASON REID, CLARENCE | ) |
| EUGENE MILLER, JR., RONALD LEE, | ) |
| DANIEL L. ROHLFS, RAYMOND LOCKE, | ) |
| GERRICK SCOTT, LEANN VAUGHN, | ) |
| THOMAS E. TISDALE, ADAM BORREGGINE, | ) |
| ROBERT T. COOK, GILBERT SANABRIA, | ) |
| BILLY RAY JOHNSON, DAVID WALKER, | ) |
| DOLAN HINTON, EVERADO T. ALEGRIA, | ) |
| JOSEPH M. CARRILLO, DANIEL F. DUANE, | ) |
| STEVEN RODEN, CALVIN L. COX, ROGER | ) |
| DALE SCOTT and GERALD C. TYSKO, | ) |
| | ) |
| Movants. | ) |

## **THIRD MOTION TO INTERVENE**

NOW COME the above listed Movants and for their Motion to Intervene, say:

1. That each is similarly situated to the Plaintiffs in the instant case.

2. Each of the parties desires to intervene in the instant case.

3. Judicial economy would suggest that the potential Plaintiffs should be allowed to intervene rather than handle separate cases pending.

4. That attached hereto as EXHIBIT A is a listing of each of the Movants along with their inmate number and location.

WHEREFORE, Movants pray that they be allowed to intervene in the pending case and be designated as additional Plaintiffs.

JEFFREY ORR, et al., Plaintiffs

By  /s/ H. Kent Heller
H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue, P.O. Box 889
Mattoon, IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: kent@hhlawoff.com
ARDC No. 1181009

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that a true and correct copy of the foregoing was electronically served this 28th day of May, 2009, to the following:

Theresa M. Powell
tpowell@hrva.com, ejarman@hrva.com, sprecf@hrva.com

James Borland
jborland@qihpc.com, cremington@qihpc.com, dgrunder@qihpc.com

Andrew M. Ramage
aramage@hinshawlaw.com, vscott@hinshawlaw.com

Russell L. Reed
rreed@hinshawlaw.com, dbammann@hinshawlaw.com

/s/    H. Kent Heller
H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway, P. O. Box 889
Mattoon IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: kent@hhlawoff.com
ARDC No. 1181009

Subscribed and sworn to before me
this 28th day of May, 2009.

/s/    Katherine J. Storm
       Notary Public

c:orr16005.thirdmotiontointervene/kjs05202009

**EXHIBIT A**

Mr. Fred M. Bragonier, #N70025, Danville Correctional Center, 3820 E. Main St., Danville, IL 61834

Mr. Jeffrey Jackson, #S17500, Graham Correctional Center, P.O. Box 499, Hillsboro, IL 62046

Mr. Darryl Wooding, #B63170, 2100 W. Warren Blvd., Chicago, IL 60612

Mr. Joshua L. Mueller, #B83110, Big Muddy River Correctional Center, P.O. Box 900, Ina, IL 62846

Mr. William H. Bouton, #B25295, Dixon Correctional Center, 2600 N. Brinton Ave., Dixon, IL 61021

Ms. Linda Armstrong, # R37170, P.O. Box 19, Ingleside, IL 60041

Mr. Jeffrey Armstrong, #R65407, P.O. Box 19, Ingleside, IL 60041

Mr. Milton Barber, #K66496, Graham Correctional Center, P.O. Box 499, Hillsboro, IL 62049

Mr. Kenneth Ray Timbs, #R65263, East Moline Correctional Center, 100 Hillcrest Rd., East Moline, IL 61244

Mr. Edward Walker, #N62804, 148 26th St., Park Forest, IL 60466

Mr. Lafayette Goins, #A90757, Dixon Correctional Center, P.O. Box 1200, Dixon, IL 61021

Mr. Ronald C. Dooley, Jr., #N08335, 200 S. 11th St., Springfield, IL 62703

Mr. Phillip A. Day, #N60876, 1606 Henry St., Champaign, IL 61821

Mr. Christopher M. Evans, #K03491, Illinois River Correctional Center, P.O. Box 1900, Canton, IL 61520

Mr. Cori Butler, #S08174, Graham Correctional Center, P.O. Box 499, Hillsboro, IL 62049

Mr. David Williams, #A50517, Stateville Correctional Center, P.O. Box 112, Joliet, IL 60434

Mr. Arthur L. Mitchell, #N71097, Dixon Correctional Center, P.O. Box 1200, Dixon, IL 61021

Mr. Richard Herman, #N52135, Dixon Correctional Center, P.O. Box 1200, Dixon, IL 61021

Mr. Willis E. McEwan, #N94669, Danville Correctional Center, 3820 E. Main St., Danville, IL 61834

Mr. Mason Reid, #S07555, Big Muddy River Correctional Center, P.O. Box 900, Ina, IL 62846

Mr. Clarence Eugene Miller, Jr., #A97872, East Moline Correctional Center, 100 Hillcrest Road, East Moline, IL 61244

Mr. Ronald Lee, #A61127, 9034 South Powell Rd., Bartonville, IL 61607

Mr. Daniel L. Rohlfs, #A77769, Shawnee Correctional Center, 6695 State Rt. 146 East, Vienna, IL 62995

Mr. Raymond Locke, #A92367, Graham Correctional Center, P.O. Box 499, Hillsboro, IL 62049

Mr. Gerrick Scott, #B71692, Graham Correctional Center, P.O. Box 499, Hillsboro, IL 62049

Ms. LeAnn Vaughn, #R81326, Lincoln Correctional Center, P.O. Box 549, Lincoln, IL 62656

Mr. Thomas E. Tisdale, #K91067, East Moline Correctional Center, 100 Hillcrest Rd., East Moline, IL 61244

Mr. Adam Borreggine, #K77917, Shawnee Correctional Center, 6695 State Route 146 East, Vienna, IL 62995

Mr. Robert T. Cook, #B05305, Shawnee Correctional Center, 6695 State Route 146 East, Vienna, IL 62995

Mr. Gilbert Sanabria, #N41046, Danville Correctional Center, 3820 E. Main St., Danville, IL 61834

Mr. Billy Ray Johnson, #A73738, Danville Correctional Center, 3820 E. Main St., Danville, IL 61834

Mr. David Walker, #B01297, Big Muddy River Correctional Center, P.O. Box 900, Ina, IL 62846

Mr. Dolan Hinton, #A73964, Dixon Correctional Center, 2600 N. Brinton Ave., Dixon, IL 61021

Mr. Everado T. Alegria, #B01085, Illinois River Correctional Center, P.O. Box 1900, Canton, IL 61520

Mr. Joseph M. Carrillo, #N40558, Logan Correctional Center, P.O. Box 1000, Lincoln, IL 62656

Mr. Daniel F. Duane, #N36278, Menard Correctional Center, P.O. Box 711, Menard, IL 62259

Mr. Steven Roden, #R33550, Graham Correctional Center, P.O. Box 499, Hillsboro, IL 62049

Mr. Calvin L. Cox, #N08151, Logan Correctional Center, P.O. Box 1000, Lincoln, IL 62656

Mr. Roger Dale Scott, #B26368, Graham Correctional Center, P.O. Box 499, Hillsboro, IL 62049

Mr. Gerald C. Tysko, #R71763, Lawrence Correctional Center, R.R. 2, Box 36, Sumner, IL 62466