IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY ORR, et al., | ) |
| Plaintiffs, | ) |
| -vs.- | ) No. 08-2232 |
| WILLARD O. ELYEA, M.D., MICHAEL PRUISIS, and WEXFORD CORP., | ) |
| Defendants. | ) |

## MOTION FOR VOLUNTARY NON-SUIT

NOW COME the Plaintiffs, JEFFREY ORR, et al., by their attorneys, HELLER, HOLMES & ASSOCIATES, P.C., and for their Motion to Voluntarily Dismiss, says:

1. Plaintiffs desire to dismiss Wexford as a party.

2. That the matter has not been reached for trial and there is no prejudice to any other party for purposes of this motion.

3. That Wexford has no objection to the granting of this motion.

4. That the granting of the motion would make moot all pending motions filed by Wexford.

WHEREFORE, Plaintiffs pray that this Court enter an Order dismissing Wexford as a party in this case.

JEFFREY ORR, et al., Plaintiffs

By _____/s/ H. Kent Heller_____
H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue, P.O. Box 889
Mattoon, IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: kent@hhlawoff.com
ARDC No. 1181009

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was electronically served this 24th day of May, 2011, to the following:

Andrew M. Ramage    aramage@hinshawlaw.com, vscott@hinshawlaw.com

Brian Michael Smith   bsmith@heylroyster.com, urbecf@heylroyster.com

Gary S. Schwab    gschwab@heylroyster.com, urbecf@heylroyster.com

James A. Borland    jborland@qjhpc.com, cremington@qjhpc.com, dgrunder@qjhpc.com

Russell L. Reed    rreed@hinshawlaw.com, dbammann@hinshawlaw.com

Keith Eric Fruehling   kfruehling@heylroyster.com, urbecf@heylroyster.com

Theresa M. Powell    tpowell@hrva.com, eskaggs@heylroyster.com, nwood@heylroyster.com, sprecf@hrva.com

/s/   H. Kent Heller
H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway, P. O. Box 889
Mattoon IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: kent@hhlawoff.com
ARDC No. 1181009

Subscribed and sworn to before me
this 24th day of May, 2011.

/s/   Katherine J. Storm
       Notary Public

c:orr16005.motionforvoluntarynonsuit/kjs05242011