UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

Jeffrey Orr et al.,

    Plaintiffs,

  v.

Willard Elyea, M.D., et al.,

    Defendants.

08-2232

---

Dustin Collins et al.,

    Plaintiffs,

  v.

Willard Elyea, M.D., et al.,

    Defendants.

10-2095

## CASE MANAGEMENT ORDER

    These cases were before the court by telephone conference on January 10, 2011 for consideration of an adjustment to the scheduling order heretofore entered by the court. The plaintiffs appeared through H. Kent Heller, Esq. The defendants appeared through James A Borland, Esq. and Andrew M. Ramage, Esq.

    The parties have agreed on taking expert depositions which will go beyond the date for revealing plaintiffs' experts. The court accepts the modification proposed and the date on which the plaintiffs shall disclose their experts is extended to February 28, 2012. All other dates in the scheduling order heretofore entered by the court remains unchanged.

Enter this 11th day of January, 2012.

                                       **\s\Harold A. Baker**
                                       _____
                                          Harold A. Baker
                                     United states District Judge