BRENT D. HOLMES
H. KENT HELLER
FRED JOHNSON
HEATH UPPENCAMP*
JENNIFER A. KOEBELE
JASON L. HORTENSTINE

HARLAN HELLER
RETIRED

LAW OFFICES OF
**HELLER, HOLMES & ASSOCIATES, P.C.**
A PROFESSIONAL CORPORATION
1101 BROADWAY
P.O. BOX 889
MATTOON, ILLINOIS 61938-0889
(217) 235-2700
FAX NO. (217) 235-0743

E-FILED
Friday, 23 May, 2014 09:32:27 AM
Clerk, U.S. District Court, ILCD



May 12, 2014

Hon. Veronica Ball
Deputy-in-Charge
218 U.S. Courthouse
201 S. Vine St.
Urbana, IL 61801

FILED
MAY 14 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

    Re:    Orr, et al. v. Elyea, et al.
           08-2232
           Docket #293, 294
           Our File No. 16005

Dear Ms. Ball:

    In Docket #294 you notified Aaron Stewart, in response to his letter that he was not a named Plaintiff in these cases. Our records indicated that he is listed as an intervener in the Second Motion to Intervene pending in the Zachary Allen case.

                          Very truly yours,

                          H. Kent Heller

HKH/kjs
c:orr 16005 5.12.14 letter to clerk

cc:    Mr. Aaron Stewart, #A71724
       Stateville Correctional Center
       P.O. Box 112
       Joliet, IL 60434

*Admitted In Indiana