IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ZACHARY ALLEN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs.- | ) | No.   13-2056 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| MICHAEL PUISIS, LOUIS SCHICKER, M.D., | ) | |
| and WEXFORD CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| THOMAS JOHNSON, SCOTT R. MANN, | ) | |
| PATRICK GANNON, DARRELL THURSTON, | ) | |
| THOMAS SIX, JOSE PEREZ, | ) | |
| RUPERT W. LINER, TODD TONELLE, | ) | |
| MARION WHITELOW, JESUS ALVARADO, | ) | |
| ALVIN SMITH, DARREN RICHIE, | ) | |
| NORMAN WELLS, RICHARD MELLENTHIN, | ) | |
| DARREN M. ATKINS, RICHARD B. TRESNER, | ) | |
| DAVID RAINEY, ROBERT REYNOLDS, | ) | |
| FREDDIE L. PAYNE, JR., CARLOS VEGA, | ) | |
| PATRICK McGINN, JOSE RIVERA, | ) | |
| EDWARD WILLINGHAM, FRANK REEGER, JR. | ) | |
| DENNIS EDWARDS, DARRYL B. ALLEN, | ) | |
| JAMES MORRIS, FRANCISCO NUNEZ, | ) | |
| and KENNETH J. CALVIN, | ) | |
| | ) | |
| Movants. | ) | |

**<u>ELEVENTH MOTION TO INTERVENE</u>**

NOW COME the above listed Movants and for their Motion to Intervene, say:

1. That each is similarly situated to the Plaintiffs in the instant case.

2. Each of the parties desires to intervene in the instant case.

3. Judicial economy would suggest that the potential Plaintiffs should be allowed to intervene rather than handle separate cases pending.

4. That attached hereto as EXHIBIT A is a listing of each of the Movants along with their inmate number and location.

WHEREFORE, Movants pray that they be allowed to intervene in the pending case and be designated as additional Plaintiffs.

        ZACHARY ALLEN, et al., Plaintiffs

        By     /s/ H. Kent Heller    
        H. KENT HELLER
        HELLER, HOLMES & ASSOCIATES, P.C.
        1101 Broadway Avenue, P.O. Box 889
        Mattoon, IL 61938
        TEL: 217-235-2700
        FAX: 217-235-0743
        E-Mail: kent@hhlawoff.com
        ARDC No. 1181009

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that a true and correct copy of the foregoing was electronically served this 9th day of February, 2015, to the following:

Andrew M. Ramage     aramage@bhslaw.commailto:vscott@hinshawlaw.commailto:aramage@hinshawlaw.com,mailto:vscott@hinshawlaw.com

Christopher D. Galanos     cgalanos@qjhpc.com, cremington@qjhpc.com

James A. Borland     jborland@qjhpc.com, cremington@qjhpc.com, dgrunder@qjhpc.com

Russell L. Reed     rreed@hinshawlaw.com, dbammann@hinshawlaw.com

mailto:sprecf@hrva.com

Karen L. McNaught     kmcnaught@atg.state.il.us, bmyers@atg.state.il.us, jginter@atg.state.il.us, jpalumbo@atg.state.il.us, lbrewer@atg.state.il.us, lweitekamp@atg.state.il.us

Jerrod L. Williams     jwilliams@court.state.il.us, bmyers@atg.state.il.us, dcowan@atg.state.il.us, jpalumbo@atg.state.il.us, jwight@atg.state.il.us, lweitekamp@atg.state.il.us

Richard J. Gray        rgray@jenner.com

mailto:sprecf@hrva.com

/s/     H. Kent Heller
H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway, P. O. Box 889
Mattoon IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: kent@hhlawoff.com
ARDC No. 1181009

Subscribed and sworn to before me
this 9th of February, 2015.

/s/     Katherine J. Storm
       Notary Public

c:allen 18382 4.14.14 eleventh motion to intervene

**EXHIBIT A**

Mr. Thomas Johnson, #N32243, Lincoln Correctional Center, P.O. Box 549, Lincoln, IL 62656

Mr. Scott R. Mann, #B24141, Vienna Correctional Center, 6695 State Rt. 146 E, Vienna, IL 62995

Mr. Patrick Gannon, #B87062, Pittsfield Work Camp, 23540 365th St., Pittsfield, IL 62363

Mr. Darrell Thurston, #N50920, Big Muddy River Correctional Center, 251 N. IL Hwy. 37, Ina, IL 62846

Mr. Thomas Six, #B68900, Lincoln Correctional Center, P.O. Box 549, Lincoln, IL 62656

Mr. Jose Perez, #A82711, Graham Correctional Center, P.O. Box 499, Hillsboro, IL 62049

Mr. Rupert W. Liner, #N91871, Vandalia Correctional Center, P.O. Box 500, Vandalia, IL 62471

Mr. Todd W. Tonelle, #K96488, Vandalia Correctional Center, P.O. Box 500, Vandalia, IL 62471

Mr. Marion A. Whitelow, #N67598, Graham Correctional Center, P.O. Box 499, Hillsboro, IL 62049

Mr. Jesus Alvarado, #K77350, Lawrence Correctional Center, 10930 Lawrence Rd., Sumner, IL 62466

Mr. Alvin Smith, (#A50386) c/o Nellie Cobb, 808 Iowa Ave., Aurora, IL 60506

Mr. Darren R. Richie, #S08246, Southwestern Illinois Correctional Center, P.O. Box 129, E. St. Louis, IL 62203

Mr. Norman Wells, #K62511, Southwestern Illinois Correctional Center, P.O. Box 129, E. St. Louis, IL 62203

Mr. Richard W. Mellenthin, #S00043, Southwestern Illinois Correctional Center, P.O. Box 129, E. St. Louis, IL 62203

Mr. Darren M. Atkins, #N42477, Vienna Correctional Center, 6695 State Rt. 146 E, Vienna, IL 62995

Mr. Richard B. Tresner, #S14650, Southwestern Illinois Correctional Center, P.O. Box 129, E. St. Louis, IL 62203

Mr. David Rainey, #B18930, Vienna Correctional Center, 6695 State Rt. 146 E, Vienna, IL 62995

Mr. Robert Reynolds, (#N97853) 1080 E. Co. Farm Rd., Rushville, IL 62681

Mr. Freddie L. Payne, Jr., #S13049, Jacksonville Correctional Center, 2268 E. Morton Ave., Jacksonville, IL 62650

Mr. Carlos Vega, #N12998, Illinois River Correctional Center, P.O. Box 999, Canton, IL 61520

Mr. Patrick McGinn, #M38615, Centralia Correctional Center, P.O. Box 7711, Centralia, IL 62801

Mr. Jose Rivera, #K92812, Hill Correctional Center, P.O. Box 1700, Galesburg, IL 61402

Mr. Edward Willingham, #K56758, Hill Correctional Center, P.O. Box 1700, Galesburg, IL 61402

Mr. Frank Reeger, Jr., (#N32343) #2013-1115289, Cook County Jail, P.O. Box 089002, Chicago, IL 60608

Mr. Dennis Edwards, #A82162, Dixon Correctional Center, 2600 N. Brinton Ave., Dixon, IL 61021

Mr. Darryl B. Allen, #N31380, Dixon Correctional Center, 2600 N. Brinton Ave., Dixon, IL 61021

Mr. James Morris, #N62031, Hill Correctional Center, P.O. Box 1700, Galesburg, IL 61402

Mr. Francisco Nunez, #R33751, Vienna Correctional Center, 6695 State Rt. 146 E, Vienna, IL 62995

Mr. Kenneth Calvin, #B38439, Sheridan Correctional Center, 4017 E. 2603 Rd., Sheridan, IL 60551