E-FILED
Tuesday, 02 June, 2015  02:56:32 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JEFFREY ORR, et al, | ) |
| Plaintiff, | ) Case No. 2:08-cv-2232-HAB-DGB |
| v. | ) Judge: Harold A. Baker |
| WILLARD O. ELYEA, M.D., MICHAEL PUISIS and DR. LOUIS SHICKER, | ) Magistrate Judge: David G. Bernthal |
| Defendants. | ) |

### NOTICE OF COMPLIANCE OF COURT'S JUNE 2, 2015 TEXT ORDER BY DEFENDANT, WILLARD O. ELYEA, M.D.'S

NOW COMES Defendant, WILLARD O. ELYEA, M.D., by and through his attorneys, Hinshaw & Culbertson LLP, and for his Notice of Compliance to the Court's Text Order of June 2, 2015 states as follows:

1. Russell L. Reed plans on attending the deposition of Dr. Andrew Batey on Friday, July 31, 2015 at 1:00 p.m., in Urbana, Illinois.

Respectfully submitted,

/s/ Russell L. Reed
Russell L. Reed, ARDC 6196489
rreed@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Attorneys for Defendant,
WILLARD O. ELYEA, M.D.

131080960v1 0899622

## CERTIFICATE OF SERVICE

    I hereby certify that on June 2, 2015, I caused to be electronically filed the foregoing NOTICE OF COMPLIANCE OF DEFENDANT, WILLARD O. ELYEA, M.D.'S TO THE COURT'S TEXT ORDER OF JUNE 2, 2015 with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

| | | |
|---|---|---|
| H. Kent Heller | Email: | kent@hhlawoff.com |
| James A. Borland | Email: | jborland@gjhpc.com |
| Christopher D. Galanos | Email: | cgalanos@qjhpc.com |
| Karen L. McNaught | Email: | kmcnaught@atg.state.il.us |
| Jerrod L. Williams | Email: | jlwilliams@atg.state.il.us |
| Richard J. Gray | Email: | rgray@jenner.com |

and I hereby certify that on June 2, 2015, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

**NONE**

/s/ Russell L. Reed
Russell L. Reed, ARDC 6196489
rreed@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Attorneys for Defendant,
WILLARD O. ELYEA, M.D.