IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY ORR, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| -vs- | )    No. 08-2232-HAB-DGB |
| | ) |
| WILLARD ELYEA, LOUIS SHICKER, et al., | ) |
| | ) |
|     Defendants. | ) |

**RESPONSE TO PLAINTIFFS' MOTION TO AMEND**

Now comes defendant, Dr. Michael Dempsey, acting Director of the Illinois Department of Corrections, as successor of Dr. Louis Shicker, by his attorney, Lisa Madigan, Attorney General of the State of Illinois, and, hereby responds to plaintiff's motion to amend, stating:

1. Plaintiffs seek to amend their complaint to add a state law claim of medical malpractice.

2. Plaintiffs have not attached their proposed amended complaint as required by Rule 7.1(F) of the local rules of the United States District Court for the Central District of Illinois.

3. Plaintiffs indicate that they propose to bring the same claim as has been brought by inmate Adrian Harris in Count II of his complaint.

4. That claim was brought against the Illinois Department of Corrections and Wexford Corporation.

1

5. On plaintiffs' motion (doc. 252), their claims against Wexford were dismissed with prejudice on May 21, 2011.

6. Plaintiffs claim they want to bring an action against treating physicians.

7. Plaintiffs do not identify the treating physicians against whom they propose to proceed.

8. Plaintiffs have not complied with the requirement of §2-622 of the Code of Civil Procedure.

9. Granting plaintiffs leave to amend will serve to delay this case.

WHEREFORE, defendant prays that this honorable Court deny the plaintiffs' motion to amend.

    Respectfully submitted,

    DR. MICHAEL DEMPSEY, acting Director of the Illinois Department of Corrections, as Successor of Dr. Louis Shicker,

    Defendant,

    LISA MADIGAN, Attorney General, State of Illinois,

    Attorney for Defendants,

    By: /s/Terence J. Corrigan
        Terence J. Corrigan, #6191237
        Assistant Attorney General
        500 South Second Street
        Springfield, IL   62706
        Telephone:   (217)782-9767
        Facsimile:   (217) 524-5091
        tcorrigan@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY ORR, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | No. 08-2232-HAB-DGB |
| ) | |
| WILLARD ELYEA, LOUIS SHICKER, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2016, I electronically filed a Response to Plaintiffs' Motion to Amend with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

H. Kent Heller
kent@hhlawoff.com
Jason L. Hortenstine
jasonh@hhlawoff.com

Russell L. Reed
Andrew Ramage
rreed@hinshawlaw.com
aramage@hinshawlaw.com

Richard J. Gray
rgray@jemmer.com

James Borland
Christopher D. Galanos
jborland@gjhpc.com
cgalanos@gjhpc.com

Respectfully submitted,

Attorney for Defendants,

By:   /s/Terence J. Corrigan
         Terence J. Corrigan, #6191237
         Assistant Attorney General
         500 South Second Street
         Springfield, IL   62706
         Telephone:   (217)782-9767
         Facsimile:   (217) 524-5091
         tcorrigan@atg.state.il.us

3