E-FILED
Tuesday, 06 December, 2016  04:21:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JEFFREY ORR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | No. 08-2232-HAB-DGB |
| | ) | |
| WILLARD O. ELYEA, M.D., | ) | |
| MICHAEL PUISIS, WEXFORD CORP., | ) | |
| DR. MAHESH PATEL DR. JEREMY | ) | |
| YOUNG, and ILLINOIS DEPARTMENT | ) | |
| OF CORRECTIONS, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

NOW COMES defendant, the Illinois Department of Corrections by its attorney, Lisa Madigan, Attorney General of the State of Illinois, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move this honorable Court to dismiss plaintiffs' amended complaint.

In support thereof, it is stated:

1.      The claims against the Department of Corrections are barred by the Eleventh Amendment to the Constitution of the United States.

2.      Plaintiffs have not supplied a proper affidavit and report in support of their malpractice claim, as required by §2-622 of the Illinois Code of Civil Procedure.

3.      Plaintiffs have not complied with the Federal Rules of Civil Procedure.

WHEREFORE, your defendant hereby prays this honorable Court dismiss

plaintiffs' amended complaint.

Respectfully submitted,

ILLINOIS DEPARTMENT OF
CORRECTIONS,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Terence J. Corrigan
Assistant Attorney General                     Attorney for Defendant,
500 South Second Street
Springfield, IL 62706                           By: /s/Terence J. Corrigan
Telephone:   (217)782-9767                          Terence J. Corrigan, #6191237
Facsimile:   (217)524-5091                      Assistant Attorney General
tcorrigan@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

JEFFREY ORR, et al.,                          )
                                              )
    Plaintiffs,                           )
                                              )
    -vs-                                  )   No. 08-2232-HAB-DGB
                                              )
WILLARD O. ELYEA, M.D.,                       )
MICHAEL PUISIS, WEXFORD CORP.,                )
DR. MAHESH PATEL, DR. JEREMY                  )
YOUNG, and ILLINOIS DEPARTMENT                )
OF CORRECTIONS,                               )
                                              )
    Defendants.                           )

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2016, I electronically filed a *Motion to Dismiss* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

H. Kent Heller
kent@hhlawoff.com

Russell L. Reed
Andrew Ramage
rreed@hinshawlaw.com
aramage@hinshawlaw.com

Richard J. Gray
rgray@jemmer.com

James Borland
Christopher D. Galanos
jborland@gjhpc.com
cgalanos@gjhpc.com

Respectfully submitted,

Attorney for Defendants,

By:   /s/Terence J. Corrigan
     Terence J. Corrigan, #6191237
     Assistant Attorney General
     500 South Second Street
     Springfield, IL   62706
     Telephone:   (217)782-9767
     Facsimile:   (217) 524-5091
     tcorrigan@atg.state.il.us