IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| JEFFREY ORR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-2232 |
| | ) | |
| WILLARD O. ELYEA, M.D., MICHAEL PUISIS, | ) | |
| and DR. LOUIS SHICKER | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER TO PLAINTIFFS' AMENDED COMPLAINT

NOW COMES the Defendant, MICHAEL PUISIS, by his attorneys, QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, and as and for his Answer to Plaintiffs' Amended Complaint, states as follows:

### COUNT I
### Jurisdictional Statement

Defendant admits Plaintiffs include present or former inmates of the Illinois Department of Corrections. Defendant admits Plaintiffs purport to bring this claim pursuant to 42 U.S.C. § 1983 but deny the Plaintiffs have any meritorious claims in law or fact. Defendant admits this Court generally has jurisdiction over this matter and that venue is proper in the United States District Court for the Central District of Illinois. Defendant denies that this Court has jurisdiction over Plaintiffs' claims that are barred by the Eleventh Amendment to the United States Constitution. Defendant denies the remaining allegations contained in the "jurisdictional statement" paragraph of Plaintiffs' Complaint.

### PARTIES

1.     Defendant lacks sufficient information from which to admit or deny the allegations of paragraph 1; therefore, same are denied and strict proof is required thereof.

2.     Defendant lacks sufficient information from which to admit or deny the allegations of paragraph 2; therefore, same are denied and strict proof is required thereof.

3.     Defendant admits that Dr. Shicker succeeded him as Medical Director for the Illinois Department of Corrections; however, he lacks sufficient information from which to admit or deny the remaining allegations of paragraph 3. Therefore, same are denied and strict proof is required thereof.

4.  Defendant lacks sufficient information from which to admit or deny the allegations of paragraph 4. Therefore, same are denied and strict proof is required thereof.

5.  Defendant lacks sufficient information from which to admit or deny the allegations of paragraph 5. Therefore, same are denied and strict proof is required thereof.

6.  Defendant lacks sufficient information from which to admit or deny whether Plaintiffs have exhausted their administrative remedies. Defendant denies the remaining allegations of paragraph 6.

## FACTUAL CLAIMS

7.  Defendant admits that Hepatitis C is a potentially fatal disease that may result in cirrhosis of the liver or liver cancer. Defendant denies the remaining allegations contained in this paragraph.

8.  Defendant denies the allegations of paragraph 8.

9.  Defendant lacks sufficient information from which to admit or deny the allegations of paragraph 9. Therefore, same are denied and strict proof is required thereof.

10.  Defendant lacks sufficient information from which to admit or deny the allegations of paragraph 10. Therefore, same are denied and strict proof is required thereof.

11.  Defendant denies the allegations of paragraph 11.

12.  Defendant denies the allegations of paragraph 12.

13.  Defendant lacks sufficient information from which to admit or deny the allegations of paragraph 13. Therefore, same are denied and strict proof is required thereof.

14.  Defendant denies the allegations of paragraph 14.

15.  Defendant denies the allegations of paragraph 15.

16.  Defendant denies the allegations of paragraph 16.

17.  Defendant denies the allegations of paragraph 17.

18.  Defendant denies the allegations of paragraph 18.

WHEREFORE, the Defendant, MICHAEL PUISIS, respectfully prays that this court enter an Order granting judgement in his favor and against the Plaintiffs, along with such other relief as the court deems appropriate.

**DEFENDANT DEMANDS TRIAL BY JURY**

### COUNT II

The allegations of Count II are not directed against this Defendant; therefore, no answer is given. To the extent that the allegations are subsequently found to be directed against this Defendant, same are denied and strict proof is required thereof.

### COUNT III

The allegations of Count III are not directed against this Defendant; therefore, no answer is given. To the extent that the allegations are subsequently found to be directed against this Defendant, same are denied and strict proof is required thereof.

### AFFIRMATIVE DEFENSES

1. At all times relevant herein, Defendant acted in good faith in the performance of his official duties and without violating Plaintiffs' clearly established statutory or constitutional rights of which a reasonable person would have known. Defendant is, therefore, protected from suit by the doctrine of qualified immunity.

2. To the extent that the Plaintiffs have failed to exhaust their administrative remedies prior to the initiation of this cause of action, Plaintiffs' claims are barred by the Prison Litigation Reform Act.

3. To the extent that the alleged actions of the Defendant occurred more than two years prior to the initiation of this cause of action, Plaintiffs' claims are barred by the Statue of Limitations.

4. To the extent that the Plaintiffs' claims are against Defendant in his official capacity, said claims are barred by the Eleventh Amendment.

5. The injunctive relief Plaintiffs request would violate Section 3626 of the Prison Litigation Reform Act.

**DEFENDANT DEMANDS TRIAL BY JURY**

_s/James A. Borland_
James A. Borland
Attorney Reg. No. 6206595
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
400 South Ninth Street, Suite 102
Springfield, IL 62701
Telephone: (217) 753-1133
E-mail: jborland@qjhpc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2016, I caused to be electronically filed the foregoing ANSWER TO PLAINTIFFS' AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

| | | |
|---|---|---|
| H. Kent Heller | Email: | kent@hhlawoff.com |
| Karen L. McNaught | Email: | kmcnaught@atg.state.il.us |
| Jerrod L. Williams | Email: | jlwilliams@atg.state.il.us |
| Richard J. Gray | Email: | rgray@jenner.com |
| Russell L. Reed | Email: | rreed@hinshawlaw.com |
| Christopher D. Galanos | Email: | cgalanos@qjhpc.com |

      s/James A. Borland
James A. Borland
Attorney Reg. No. 6206595
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
400 South Ninth Street, Suite 102
Springfield, IL 62701
Telephone:   (217) 753-1133
Facsimile:    (217) 753-1180
E-mail: jborland@qjhpc.com

4835-6814-8540, v. 1