## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JEFFREY ORR, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08-CV-2232 |
| | ) | |
| WILLARD O. ELYEA, M.D., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court directs the Assistant Attorney Generals Karen McNaught and

Terrance Corrigan, within 30 days, to make inquiry and answer, with appropriate

affidavits, the following questions:

1.    What is the amount of the "340(b)" discounted price of the anti-viral drugs

used by UIC to treat an inmate with Hepatitis C, broken down per patient

and per genotype?

2.    How many IDOC inmates were actually diagnosed with chronic Hepatitis

C in fiscal years 2015, 2016, and thus far in 2017?

3.    Of those inmates, what was the break down of fibrosis levels in fiscal

years 2015, 2016, and thus far in 2017?

4.    As of the entry of this order, how many inmates are at each fibrosis level?

5.     Lastly, of the current inmates with chronic Hepatitis C as of the entry of

this order, how many have at least one year remaining to be served?

ENTERED this 20th of December, 2016

/s/ Harold A. Baker

_____

HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE