IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY ORR, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -vs.- | ) No. 08-2232 |
| | ) |
| WILLARD O. ELYEA, M.D., | ) |
| MICHAEL PRUISIS, and WEXFORD CORP., | ) |
| | ) |
| Defendants. | ) |

**MOTION TO LIFT THE STAY**

NOW COMES the Plaintiffs, by their attorneys, HELLER, HOLMES & ASSOCIATES, P.C., and for their Motion to Lift the Stay, say:

1. This Court has issued an Order staying all other proceedings. As a result, additional Amended Complaints have not been filed, the Defendants have not been obliged to update discovery and the case has not progressed.

2. That the Court has suggested that the parties attempt to settle the case with a Court appointed mediator but the State has been unwilling or unable to come to the table to even discuss resolution.

3. That the Court has made a finding that the Plaintiffs should be treated as soon as possible but not later than Stage 2. The Defendants have treated this as a Christmas wish or a suggestion but have indicated that since there was no injunctive relief ordered they are not obliged to follow the Court's ruling. As a result of that position, an additional 20 Plaintiffs have died and on a daily basis each Plaintiff who is not treated suffers a loss of quality years of health and life expectancy. That the Defendants

evidently feel no urgency with all matters stayed and it is apparent that this case will not be resolved in the absence of litigation.

4. That in the absence of class certification, the process of additional Plaintiffs joining this case and seeking relief will be unending. In addition, any person who is not a Plaintiff and is not satisfied with whatever results the Plaintiffs in this case receive would be free to institute their own litigation and would not be bound by collateral estoppel or race judicata. As such, the issue of class certification needs to be actively addressed with the Court. Alternatively, each new Plaintiff could file his or her own case and simply have the matters set sequentially for both discovery and ultimately trial. Plaintiffs' counsel receives approximately 3 requests per day of untreated inmates who want to join this litigation and currently has over 300 additional Plaintiffs who seek to join.

5. That unless the stay is lifted, none of these issues can be addressed and resolved.

6. That the Court has ruled that the Complaint can be amended to include a claim for malpractice as against Wexford and the doctors at the University of Chicago. These parties are not currently participating in the matters before the Court as a result of the stay.

7. That since the issuance of the stay, the Plaintiffs have been unable to make any progress in resolving this case as a result of the lack of cooperation by Defendants.

WHEREFORE, Plaintiffs pray that this Court enter an Order lifting the stay as to all aspects of this case and entering a Scheduling Order with the ultimate goal of having the matter tried.

JEFFREY ORR, et al., Plaintiff

By \_\_\_\_\_/s/ H. Kent Heller_____
H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue, P.O. Box 889
Mattoon, IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: kent@hhlawoff.com
ARDC No. 1181009

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was electronically served this 2nd day of January, 2018, to the following:

| | |
|---|---|
| Christopher D. Galanos | cgalanos@qjhpc.com,cremington@qjhpc.com, jsisson@qjhps.com |
| James A. Borland | jborland@qjhpc.com,cremington@qjhpc.com, dgrunder@qjhpc.com |
| Russell L. Reed | rreed@hinshawlaw.com, dbammann@hinshawlaw.com |
| Karen L. McNaught | kmcnaught@atg.state.il.us,bmyers@atg.state.il.us, bjohnson@atg.state.il.us,kturnbull@atg.state.il.us, kwerth@atg.state.il.us, mabecker@atg.state.il.us, |
| Terence J. Corrigan | tcorrigan@atg.state.il.us,bmyers@atg.state.il.us, jschlecht@atg.state.il.us,kturnbull@atg.state.il.us, kwerth@atg.state.il.us,mabecker@atg.state.il.us, lweitekamp@atg.state.il.us, tflinn@atg.state.il.us |
| Richard J. Gray | rgray@jenner.com |

/s/      H. Kent Heller_____
H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway, P. O. Box 889
Mattoon IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: kent@hhlawoff.com
ARDC No. 1181009

Subscribed and sworn to before me
this 2nd day of January, 2018.

/s/      Katherine J. Storm
         Notary Public

orr 16005 12.27.17 motion to lift the stay