IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY ORR, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -vs- | ) |
| | ) 08-2232 |
| WILLARD O. ELYEA, M.D., | ) |
| MICHAEL PRUISIS, and WEXFORD CORP., | ) |
| | ) |
| Defendants. | ) |

**MOTION TO RE-DEPOSE THE COURT'S EXPERTS**

NOW COMES the Plaintiffs, by their attorneys, HELLER, HOLMES & ASSOCIATES, P.C., and for their Motion to Re-Depose the opinion witnesses, say:

1. That the depositions could occur by telephone so as to minimize the inconvenience to the professionals.

2. That the United States District Court in Tallahassee, Florida has issued an opinion in *Hoffer v. Jones,* _____ F. Supp. 3d _____, 2017 WL 5586878, ordering the Florida Department of Corrections to treat all inmates at Stage 2 or higher with Hepatitis C with direct acting anti-viral medications and set time limits for said treatment. That based upon the reasoning of that case, the Court could fashion a class similar to the manner in which the Florida Court did. If the experts opinions are modified by the change in medicine, the change in cost of the medications and the *Hoffer* case, the Plaintiff would like to develop that by way of a deposition.

3. That since the time of the hearing and the *Hoffer* case, the AASLD has upgraded its recommendations, no longer calling for prioritization and recommending that all

patients with Hepatitis C be treated with direct acting anti-viral medications. This applies to all populations, including prison populations.

4. That other agencies are following the AASLD guideline mandating treatment of all Hep C patients.

5. That the general medicine standard of care is to treat all patients regardless of fibrosis level.

6. That new studies show that failure to treat is more expensive than treatment.

7. A new study has shown that failure to treat, even at stages 0 and 1 reduces life expectancy such that the plaintiffs are suffering a loss of mortality, regardless of fibrosis level.

WHEREFORE, Plaintiffs pray that this Court enter an Order allowing the experts to be re-deposed solely on the issues of the change in opinions that have occurred since the time of the original testimony.

JEFFREY ORR, et al., Plaintiff

By _____/s/ H. Kent Heller_____
H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue, P.O. Box 889
Mattoon, IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: kent@hhlawoff.com
ARDC No. 1181009

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that a true and correct copy of the foregoing was electronically served this 31th day of May, 2018, to the following:

Christopher D. Galanos      cgalanos@qjhpc.com, jsisson@qjhps.com

| | |
|---|---|
| James A. Borland | jborland@qjhpc.com, abedinger@quinnjohnston.com, jsisson@qjhp.com |
| Russell L. Reed | rreed@hinshawlaw.com, dbammann@hinshawlaw.com |
| Brent D. Stratton | bstratton@atg.state.il.us,bmyers@atg.state.il.us, estachon@atg.state.il.us,kwerth@atg.state.il.us, mabecker@atg.state.il.us, |
| Terence J. Corrigan | tcorrigan@atg.state.il.us, jschlecht@atg.state.il.us, gls@atg.state.il.us, LCrouch@atg.state.il.us |
| Margaret Molloy | mmolloy@atg.state.il.us,genlawdocket@atg.state.il.us, grodriguez@atg.state.il.us |
| Richard J. Gray | rgray@jenner.com |

/s/ H. Kent Heller
H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway, P. O. Box 889
Mattoon IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: kent@hhlawoff.com
ARDC No. 1181009

Subscribed and sworn to before me
this 31th day of May, 2018.

/s/ Katherine J. Storm
    Notary Public

orr 16005 5.30.18 motion to re-depose the courts experts