UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JEFFREY ORR, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 08-CV-2232 |
| | ) | |
| WILLARD O. ELYEA, et al., | ) | Also docketed in: |
| | ) | Case No. 15-CV-2221 |
| Defendants. | ) | Case No. 16-CV-1300 |

## **CASE MANAGEMENT ORDER**

This case management order is an effort by the court, under Fed. R. Civ. P. 16, to call the parties' attention to the questions raised by the court in its Order [433] setting the protocols for diagnosis and treatment of Hepatitis C, to assist in the mediation that is in progress, and reach an agreement that would make it possible for the court to craft an enforceable order for the treatment of the disease.

The diagnosis and treatment of Hepatitis C is still a dark part of the forest in medical science. The following list of medical journal articles conveys this impression. (See Appendix A attached to this order.) Upwards of 50,000 people approaching age 50 die each year from the disease. The correlation between fibrosis level

and the stage of the infection is far from clear. There are a number of tests for fibrosis level and there appears to be some question of the accuracy of the tests.

The court has no factual basis at present to determine what procedures, if any, are in place for testing fibrosis levels. When and how are the tests scheduled? Who performs the test? As things stand on this record thus far, the tests and the delivery of the pharmaceuticals occur at the institutions and not at the UIC Hospital in Chicago.

The court has created an electronic database of all the Hepatitis C cases on file in this District, and it is attached to this order as Appendix B. The information should be of assistance to counsel in identifying which plaintiffs are qualified for treatment and finding the fibrosis level of each plaintiff. (See Appendix C to this order.)

Accordingly, it is further ordered by the court that in the event the parties are unable to resolve their disagreement in an agreed order, they should be prepared to offer evidence to the Court at the hearing on December 11, 2018, as follows:

1. The precise contractual arrangements between the IDOC and Wexford on the diagnosis and treatment of Hepatitis C.
2. The fibrosis level of each of the plaintiffs named in the cases listed in Appendix B to this order.
3. The exact methods and policies for infected inmates to obtain a fibrosis level test.
4. The procedures to be followed by the UIC physicians for supplying pharmaceuticals to inmates for treatment of Hepatitis C.
5. The efforts, if any, made by the IDOC and Wexford to obtain better rates from companies producing pharmaceuticals for treatment of Hepatitis C and arrangements to make infected inmates available for study by the pharmaceutical companies.

The troublesome question underlying the Hepatitis C cases is: Illinois has a federal constitutional obligation not to be deliberately indifferent to a prisoner's serious medical condition. U.S. Const. amend. XIII; *Farmer v. Brennan*, 511 U.S. 825, 837, 114. S. Ct. 1970, 128 L. Ed. 2d 811 (1994). Query: Has Illinois sought to avoid that obligation by outsourcing its obligations to afford medical

treatment to Wexford and then providing an insufficient budget for Wexford to meet the constitutional obligation, thereby creating a liability under 42 U.S.C. § 1983?

ENTERED this 19th day of September, 2018

/s/ Harold A. Baker

_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE

# APPENDIX A

## List of Medical Journal Articles

*HCV Guidance: Recommendations for Testing, Managing, and Treating Hepatitis C*, AASLD & IDSA, https://www.hcvguidelines.org (last visited Sept. 17, 2018).

*Evaluation and Staging of Liver Fibrosis*, HEPATITIS C ONLINE, https://www.hepatitisc.uw.edu/go/evaluation-staging-monitoring/evaluation-staging (last visited Sept. 17, 2018).

Patrick Marcellin et al., *Fibrosis and Disease Progression in Hepatitis C*, 36 HEPATOLOGY S47 (2002).

Anne C. Spaulding, et al., *A Framework for Management of Hepatitis C in Prisons*, 144 ANNALS OF INTERNAL MEDICINE 762 (2006).

# APPENDIX B

## Hyperlink to Hepatitis C Cases Filed in Central District of Illinois

| Case Name/Title | Date Filed |
| --- | --- |
| 2:08-cv-02232-HAB<br>**Orr et al v. Elyea et al** | 09/29/2008 |
| 2:10-cv-02095-HAB<br>**Collins et al v. Elyea, et al** | 04/29/2010 |
| 4:10-cv-04011-HAB<br>**Jones v. Eylea et al** | 01/26/2010 |
| 2:12-cv-02155-HAB<br>**Kennedy et al v. Elyea et al** | 06/13/2012 |
| 2:13-cv-02056-HAB<br>**Rentfro (Allen) et al v. Illinois Department of Corrections et al** | 02/28/2013 |
| 2:15-cv-02221-HAB<br>**Williams v. Shicker** | 10/01/2015 |
| 1:16-cv-01300-HAB<br>**Harris et al v. Wexford et al** | 08/10/2016 |

# APPENDIX C

**Fibrosis Levels for Each Plaintiff**
**(To Be Completed by Counsel)**