IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY ORR, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -vs.- | )   No. 08-2232-MPM-DGB |
| | ) |
| WILLARD O. ELYEA, M.D., | ) |
| MICHAEL PUISIS, and WEXFORD CORP., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING PRE-TRIAL MEMORANDUM**

NOW COME the Plaintiffs, by their attorneys, HELLER, HOLMES & ASSOCIATES, P.C., and pursuant to the Court's Scheduling Order and for their Pre-Trial Memorandum submits the following index of documents and accompanying documents.

JEFFREY ORR, et al., Plaintiff

By _____/s/ H. Kent Heller_____
H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue, P.O. Box 889
Mattoon, IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: kent@hhlawoff.com
ARDC No. 1181009

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that a true and correct copy of the foregoing was electronically served this 18th day of January, 2019, to the following:

James A. Borland       jborland@qjhpc.com, abedinger@quinnjohnston.com, jsisson@qjhp.com

Russell L. Reed        rreed@hinshawlaw.com, dbammann@hinshawlaw.com

| | |
|---|---|
| Brent D. Stratton | bstratton@atg.state.il.us,bmyers@atg.state.il.us, estachon@atg.state.il.us,kwerth@atg.state.il.us, mabecker@atg.state.il.us, |
| Terence J. Corrigan | tcorrigan@atg.state.il.us, jschlecht@atg.state.il.us, gls@atg.state.il.us, LCrouch@atg.state.il.us |
| Margaret Molloy | mmolloy@atg.state.il.us,genlawdocket@atg.state.il.us, grodriguez@atg.state.il.us |
| Joseph N. Rupsich | jrupsich@cassiday.com |
| Christopher L. Higgerson | chiggerson@atg.state.il.us, |
| Richard J. Gray | rgray@jenner.com |
| Lisa A. Cook | lcook@atg.state.il.us, dengland@atg.state.il.us, gls@atg.state.il.us, mabecker@atg.state.il.us, MHeriford@atg.state.il.us |

/s/    H. Kent Heller
H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway, P. O. Box 889
Mattoon IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: kent@hhlawoff.com
ARDC No. 1181009

Subscribed and sworn to before me
this 18th day of January, 2019.

/s/    Katherine J. Storm
       Notary Public

H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue
P.O. Box 889
Mattoon, IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
orr 16005 1.8.19 notice of filing pre-trial memorandum