# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY ORR, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:08-cv-02232-HAB |
| WILLARD O. ELYEA, M.D., *et al.*, | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW ENTRY OF APPEARANCE

NOW COMES Pamela R. Hanebutt of Eimer Stahl LLP, and hereby moves to withdraw her limited appearance (Doc. 506) on behalf of Proposed Intervenor Joseph L. Bobbitt, and states:

1) The undersigned counsel's appearance was made for the sole purpose of filing Mr. Bobbitt's Motion to Intervene (Doc. 507) in order to clarify the scope of the Court's order dated February 4, 2019 (Doc. 503).

2) Mr. Bobbitt's Motion to Intervene was denied by the Court's text order dated March 5, 2019.

3) Undersigned counsel requests that the Court allow her to withdraw her appearance at this time.

**WHEREFORE**, Pamela R. Hanebutt of Eimer Stahl LLP, requests the Court to enter an Order granting the withdrawal of her appearance (Doc. 506) on behalf of Proposed Intervenor Joseph L. Bobbitt in this matter.

Date: June 11, 2020   /s/ *Pamela R. Hanebutt*

Pamela R. Hanebutt, # 6188004
Eimer Stahl LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
312-660-7600
312-692-1718 (fax)
phanebutt@eimerstahl.com

*Attorney for Proposed Intervenor
Joseph L. Bobbitt*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 11, 2020, I caused to be electronically filed the foregoing Motion to Withdraw Entry of Appearance with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to all counsel of record.

    /s/ *Pamela R. Hanebutt*

Pamela R. Hanebutt, # 6188004
Eimer Stahl LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
312-660-7600
312-692-1718 (fax)
phanebutt@eimerstahl.com

*Attorney for Proposed Intervenor Joseph L. Bobbitt*