**JENNER&BLOCK** LLP

353 N. CLARK STREET CHICAGO, IL 60654-3456

September 28, 2020

Richard Gray, Of Counsel
Tel  +1 312 923 2939
Fax +1 312 840 7339
RGray@jenner.com

**BY EMAIL**

Hon. Harold A. Baker
E-mail:
United States District Judge
U.S. District Court, Central District of Illinois
338 U.S. Courthouse, 201 S. Vine Street
Urbana, IL 61802

Re:     Case 2:08-cv-02232-HAB Orr et al v. Elyea et al

Dear Judge Baker:

I participated in the Court's September 22 Status Conference and am pleased to learn that the parties agree that the sole remaining issue to be resolved in this matter is the question of damages and that they welcome Magistrate Judge Long's assistance in reaching settlement of that issue.

As the injunctive relief issues to which I devoted attention are now resolved and the settlement of damages claims is now being managed by Magistrate Judge Long,  I think it appropriate that I withdraw as Settlement Special Master. Pursuant to Paragraph 10 of the Agreed Order Appointing Settlement Special Master, this letter is my notice to the Court and all Counsel of record of my withdrawal effective immediately. I would appreciate it if the Court would enter an Order to that effect. I would also appreciate it if Jessica would confirm that I have identified all counsel of record to whom this letter should be sent and send a copy to the individuals I assume are inmates and for whom I have no contact information.

I feel privileged to have had the opportunity to serve as Settlement Special Master and wish the parties all success in bringing this important matter to resolution.

Very truly yours,

*Richard J. Gray*

Richard Gray, Of Counsel

RJG:pg

cc:     Magistrate Judge Eric I. Long

Judge Baker
September 28, 2020
Page 2

    Brent D. Stratton (btratton@atg.state.il.us, ddesalle@atg.state.il.us, estachon@atg.state.il.us, mabecker@atg.state.il.us)

    Christopher L. Higgerson (chiggerson@atg.state.il.us, , ddesalle@atg.state.il.us, gls@atg.state.il.us, mabecker@atg.state.il.us)

    H. Kent Heller (kent@hhlawoff.com)

    James A. Borland (jborland@qjhpc.com, abedinger@quinnjohnston.com, jsisson@qjhpc.com)

    Joseph N. Rupcich (jrupcich@cassiday.com, spressler@cassiday.com)

    Lisa A. Cook (lcook@atg.state.il.us, adrowns@atg.state.il.us, gls@atg.state.il.us, mheriford@atg.state.il.us)

    Russell L. Reed (rreed@hinshawlaw.com, debsmith@hinshawlaw.com)

    Zane D. Smith (Zane@ZaneSmith.com, anne@zanesmith.com, Patty@ZaneSmith.com)

    Christopher D. Galanos (cgalanos@qjhpc.com)

    Dewitt Brown, B34511

    Jason L. Hortenstine (jason@hhlawoff.com)

    Joseph L. Bobbitt

    Marshall R. Nathan, N95942

    Rupert W. Liner, N91871