E-FILED
Friday, 08 April, 2022  02:42:12 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS

JEFFREY ORR, et al.,                    )
                                        )
      Plaintiffs,                      )
                                        )
      -vs-                             )        No. 08-2232
                                        )
WILLARD O. ELYEA, M.D., *et al.*,       )
                                        )
      Defendants.                      )

## RENEWED MOTION TO DISMISS

NOW COMES defendant, the Illinois Department of Corrections by its attorney, Lisa Madigan, Attorney General of the State of Illinois, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move this honorable Court to dismiss plaintiffs' complaint.

In support thereof, it is stated:

1.      The claims against the Department of Corrections are barred by the Eleventh Amendment to the Constitution of the United States.

2.      Plaintiffs have not supplied a proper affidavit and report in support of their malpractice claim, as required by §2-622 of the Illinois Code of Civil Procedure.

3.      To the extent that some of the plaintiffs are deceased, they lack the capacity to bring this action in their own names.

WHEREFORE, your defendant hereby prays this honorable Court dismiss plaintiffs' complaint.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,

Defendant,

Christopher L. Higgerson, #6256085
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
Telephone:  (217)782-1841
Facsimile:  (217)524-5091
C.Higgerson@ilag.gov

Kwame Raoul, Attorney General,
State of Illinois,

Attorney for Defendant,

By: /s/ Christopher L. Higgerson
        Christopher L. Higgerson
        Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS**

JEFFREY ORR, et al.,                )
                                    )
        Plaintiffs,                 )
                                    )
        -vs-                        )        No. 08-2232
                                    )
WILLARD O. ELYEA, M.D., *et al.*,   )
                                    )
        Defendants.                 )

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2022, the foregoing document, **IDOC DEFENDANT'S RENEWED MOTION TO DISMISS**, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice of same to all counsel of record.

Respectfully Submitted,

 s/ Christopher L. Higgerson
Assistant Attorney General
Office of the IL Attorney General
500 South Second Street
Springfield, IL  62701
Ph. (217)782-1841
C.Higgerson@ilag.gov