IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY ORR, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -vs- | ) No. 08-2232-MPM-DGB |
| | ) |
| WILLARD O. ELYEA, M.D., | ) |
| MICHAEL PUISIS, and WEXFORD CORP., | ) |
| Defendants. | ) |

**MOTION TO DISMISS AS TO WEXFORD**

NOW COMES the Plaintiffs, by their attorneys, HELLER, HOLMES & ASSOCIATES, P.C., and for their Motion to Dismiss as to Wexford, say:

1. That Wexford was joined to effectuate complete injunctive relief. There are no claims for damages as to Wexford.

2. That the 7th Circuit Opinion directs that injunctive relief be sought in the *Lippert* case and not this case and this case is proceeding as to damages only.

3. That Wexford is no longer a necessary party in this case and Plaintiffs seek to dismiss them from this case.

WHEREFORE, Plaintiffs pray that this Court enter an Order dismissing Wexford as a party Defendant.

JEFFREY ORR, et al., Plaintiffs

By _____/s/ H. Kent Heller_____
H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue, P.O. Box 889
Mattoon, IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: kent@hhlawoff.com
ARDC No. 1181009

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that a true and correct copy of the foregoing was electronically served this 5th day of May, 2022, to the following:

James A. Borland     jborland@qjhpc.com, abedinger@quinnjohnston.com, jsisson@qjhp.com

Russell L. Reed     rreed@hinshawlaw.com, debsmith@hinshawlaw.com

Brent D. Stratton     bstratton@atg.state.il.us, ddesalle@atg.state.il.us, estachon@atg.state.il.us, mabecker@atg.state.il.us,

Joseph N. Rupsich     jrupsich@cassiday.com, msams@cassiday.com, spressler@cassiday.com

Christopher L. Higgerson     chiggerson@atg.state.il.us,

Richard J. Gray     rgray@jenner.com

Betsy Ann Wirth     bwirth@quinnjohnston.com

Lisa A Cook     lcook@atg.state.il.us, dengland@atg.state.il.us, gls@atg.state.il.us, mabecker@atg.state.il.us, MHeriford@atg.state.il.us

Pamela R Hanebutt     phanebutt@eimerstahl.com, erogers@eimerstahl.com, fharvey@eimerstahl.com, hlee@eimerstahl.com

/s/    H. Kent Heller
H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway, P. O. Box 889
Mattoon IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: kent@hhlawoff.com
ARDC No. 1181009
orr 16005 5.4.22 motion to dismiss as to wexford

Subscribed and sworn to before me
this 5th day of May, 2022.

/s/    Katherine J. Storm_____
        Notary Public