IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JEFFREY ORR, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | No. 08-2232-SLD |
| | ) | |
| WILLARD O. ELYEA, M.D., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS SECOND AMENDED COMPLAINT**

NOW COME Defendants, the Illinois Department of Corrections and Louis Shicker, by their attorney, Kwame Raoul, Attorney General of the State of Illinois, and move, pursuant to Federal Rule of Civil Procedure 12, to dismiss Plaintiffs' Second Amended Complaint.

1.  Plaintiffs have filed a Second Amended Complaint, alleging they all had hepatitis C at some point while incarcerated in the Illinois Department of Corrections. Plaintiffs allege the Defendants were deliberately indifferent to their medical needs.

2.  Plaintiffs bring three claims in the latest version of their complaint. First, that Defendants Shicker, IDOC and Wexford (who was dismissed with prejudice from this case, see Doc. 603) were deliberately indifferent to their medical needs. It is unclear what type of claim this is, as Plaintiffs state they included IDOC and Wexford for purposes of injunctive relief, but then ask only for monetary damages. Plaintiffs' second count is against Defendants Wexford, Patel, Young and IDOC for medical negligence. Plaintiffs' third count is against Defendant Wexford and appears to be an attempt to collect

contractual penalties owed to the Department of Corrections.

3.  Plaintiffs' claims against the Department of Corrections should be dismissed as barred by the Eleventh Amendment to the Constitution of the United States. All of Plaintiffs' claims should be dismissed for failure to plead sufficient facts to put the Defendants on notice of the claims against them.

4.  Defendants concurrently file and incorporate a memorandum of law in support of this motion.

Wherefore, for the above and foregoing reasons, Defendants ask this Honorable Court to dismiss Plaintiffs' Second Amended Complaint.

                                                      Respectfully submitted,

                                                      ILLINOIS DEPARTMENT OF CORRECTIONS
                                                      and LOUIS SHICKER,

                                                      Defendants,

Christopher L. Higgerson, #6256085
Assistant Attorney General          Kwame Raoul, Attorney General,
500 South Second Street            State of Illinois,
Springfield, IL 62701
Telephone: (217)782-1841            Attorney for Defendants,
Facsimile: (217)524-5091
C.Higgerson@ilag.gov                By: /s/ Christopher L. Higgerson
                                                      Christopher L. Higgerson
                                                      Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| JEFFREY ORR, et al., | ) |
| Plaintiffs, | ) |
| -vs- | ) No. 08-2232-SLD |
| WILLARD O. ELYEA, M.D., *et al.*, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2022, the foregoing document, **MOTION TO DISMISS SECOND AMENDED COMPLAINT**, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice of same to all counsel of record.

Respectfully Submitted,

 s/ Christopher L. Higgerson
Assistant Attorney General
Office of the IL Attorney General
500 South Second Street
Springfield, IL  62701
Ph. (217)782-1841
C.Higgerson@ilag.gov

3