044469/19344/JNR/AR

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| JEFFERY ORR, et al., <br><br> Plaintiff, <br><br> v. <br><br> WILLARD O. ELYEA, MICHAEL PUISUS, AND WEXFORD HEALTH SOURCES, <br><br> Defendants. | No. 08-2232 <br><br> Judge Sara Darrow |

## MOTION TO QUASH SERVICE AND DISMISS

NOW COMES the Defendant, WEXFORD HEALTH SOURCES, INC., by and through its attorneys, CASSIDAY SCHADE LLP, and pursuant to Federal Rules of Civil Procedure 4 and 12(b)(1) hereby submits its Motion to Quash Service and Dismiss, stating as follows:

1. On May 5, 2022, Plaintiffs moved to dismiss Wexford, stating "Wexford is no longer a necessary party in this case and Plaintiffs seek to dismiss them *from this case*." (Emphases added). Doc. 599 at 1.

2. On June 6, 2022, the Court granted Plaintiffs' Motion, stating "Plaintiffs' unopposed motion to dismiss Defendant Wexford Health Sources, Inc., is granted. [Citation]. Defendant Wexford Health Sources, Inc., is dismissed *with prejudice.* The clerk is directed to terminate Defendant Wexford Health Sources, Inc. (Emphases added). Doc. 603 at 4. The docket reflects Wexford terminated on June 6, 2022.

3. On June 30, 2022, Plaintiffs filed a Second Amended Complaint, again naming Wexford. Doc. 606.

4. Although Wexford is terminated, the undersigned counsel received notification of the Second Amended Complaint through the Court's electronic filing system. This does not constitute proper service of a terminated party under Federal Rule of Civil Procedure 4 and to the extent it constitutes some degree of service under Rule 4 or CDIL-LR 5.3(A), it should be quashed.

5. Wexford Health has now been dismissed with prejudice from this case twice. *See* May 25, 2011, text order.

6. Based on Wexford's dismissal from *Orr* with prejudice Wexford withdrew its request for coverage and *Evanston Insurance Co. v. Wexford Health Sources Inc.*, NDIL No. 1:21-cv-03876, a substantial coverage dispute between Wexford and an insurer over coverage in *Orr*, was voluntarily dismissed.

7. It would be extremely prejudicial for Plaintiffs to somehow add Wexford back into this case after the most recent dismissal with prejudice.

WHEREFORE, for the above reasons, Defendant respectfully requests this Honorable Court grant its Motion Quash Service and Dismiss.

        Respectfully submitted,

        CASSIDAY SCHADE LLP

        By:  /s/ Joseph N. Rupcich
           One of the Attorneys for Defendant,
           WEXFORD HEALTH SOURCES, INC.

Joseph N. Rupcich
ARDC No. 6283899
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
(217) 572-1714
(217) 572-1613 (Fax)
jrupcich@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2022, I electronically filed the foregoing Motion to Quash Service and Dismiss with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Betsy Ann Wirth
James A. Borland
Quinn Johnston Henderson, Pretorius & Cerulo
400 South Ninth Street, Suite 102
Springfield IL 62701

Russell L. Reed
Hinshaw & Culbertson
400 South 9th Street, Suite 200
Springfield IL 62701

Lisa Cook
Christopher Higgerson
Brent Stratton
Assistant Attorney General
500 S. Second Street
Springfield IL 62701

H. Kent Heller, Esq.
Jason Hortenstine
Heller Holmes & Associates, P.C.
1101 Broadway Ave, PO Box 889
Mattoon IL 61938-0889

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

/s/ Joseph N. Rupcich

11137010