Dear Clerk,                                    Date: Oct. 15/2024

I am writing to you in regards to a 'Class Action' lawsuit I was a part of, represented by Heller, Holmes and Associates for clients of the Illinois Department of Corrections that were not treated for our Hep C while we were in custody. Can you tell me what the conclusion of the case was. I cannot get Heller, Holmes and Assoc. to respond to my letters.

RE: Case No.: 08-2232

In Hillsboro,
Illinois.

Sincerely,
CH HP
Chad Hammond K03998
12078 Il. Route 185
Hillsboro, Il. 62049

FILED
OCT 18 2024
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Chad Hammond K03948
1078 IL. Route 185
Hillsboro, IL. 62049

Legal

U.S. District Court
218 U.S. Courthouse
201 S. Vine St.
Urbana, IL. 61802

This Correspondence
Is From An Inmate
Of The IL Dept
Of Corrections

RECEIVED

